**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| TORUS VENTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRO-STAR INTERNATIONAL CO. LTD.,<br><br>Defendant. | ) | Case No. 6:21-cv-01254-ADA |

**NOTICE OF AGREED EXTENSION OF TIME FOR**
**DEFENDANT MICRO-STAR INTERNATIONAL CO. LTD.**
**TO ANSWER OR OTHERWISE RESPOND**

Plaintiff Torus Ventures LLC's ("Plaintiff" or "Torus") files this Notice of Agreed Extension of Time for Defendant Micro-Star International Co. Ltd. ("MSI") to answer, move or otherwise respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") filed on December 2, 2021, pursuant to the Court's March 10, 2022 Standing Order Regarding Joint or Unopposed Request to Change Deadlines.

In accordance with that order, Plaintiff provides notice that the parties have agreed to extend the deadline for MSI to answer, move or otherwise respond to the Complaint from May 10, 2022 to June 7, 2022. This extension does not currently and is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial. This extension will not extend the response to the Complaint for more than 45 days past any original deadline.

Date: May 2, 2022

Respectfully submitted,

By: */s/ Howard L. Wernow*
Howard L. Wernow (Bar No. 0089019)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower - Suite 1100,
4940 Munson Street NW
Canton, OH 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

COUNSEL FOR PLAINTIFF
TORUS VENTURES LLC

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 2, 2022, counsel was served with the foregoing, via electronic mail, as follows:

William Wray
William.Wray@allenovery.com

By: */s/ Howard L. Wernow*
Howard L. Wernow